UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ANTHONY COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:12CV178 LMB |
| | ) |
| UNKNOWN CORRECTIONAL OFFICERS, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for voluntary dismissal. Plaintiff filed a letter with the Court complaining of physical abuse by prison guards at Southeast Correctional Center. The Court construed the letter as a civil action under 42 U.S.C. § 1983. Plaintiff now informs the Court that he did not intend for the filing to be opened as a civil action. Instead, plaintiff mailed the letter to the Court with the intention that the Court forward it to the Cape Girardeau Police Department for a possible investigation. As a result, the Court will dismiss this action without assessing a filing fee. And the Court will direct the Clerk to mail a copy of the case file to the Cape Girardeau Police Department for their review of the complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to dismiss [Doc. 3] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court will not assess any filing fee.

**IT IS FURTHER ORDERED** that the Clerk shall mail a copy of the case file to the Cape Girardeau Police Department, with a letter explaining that plaintiff meant for the complaint to be filed with the Department for a possible criminal investigation.

An Order of Dismissal will be filed contemporaneously.

Dated this  7th  day of November, 2012.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE